AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Curtis Lear<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:25-mj-00111<br>Assigned To: Judge Upadhyaya, Moxila A.<br>Assign. Date: 6/25/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   June 21, 2025   in the county of _____ in the
_____ in the District of   Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 1361, | |
| 18 USC Section 13, | |
| 22 D.C. Code Section 402, | |
| 50 D.C. Code Section 2201.04(b)(2). | |

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Scott Heckathorn, Investigator
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   06/25/2025

*Judge's signature*

City and state:   Washington, D.C.   Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*